UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
BIGGERS III, BRYAN § Case No. 09-07613
 §
Debtor(s) §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

     6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                 Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-07613 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BIGGERS III, BRYAN | | | Date Filed (f) or Converted (c): | 03/06/09 (f) |
| | | | | 341(a) Meeting Date: | 04/08/09 |
| For Period Ending: | 06/29/10 | | | Claims Bar Date: | 07/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME | 185,000.00 | 98,888.00 | | 125,500.00 | 0.00 |
| 2. CASH | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT FIRST MIDWEST BANK | 900.00 | 900.00 | DA | 0.00 | 0.00 |
| 4. FURNITURE TV SET STEREO | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 5. NECESSARY WEARING APPARAL | 300.00 | 300.00 | | 0.00 | 0.00 |
| 6. IRA WITH SMITH BARNEY | 6,000.00 | 6,000.00 | | 0.00 | 0.00 |
| 7. 20% INTEREST IN BEVERLY VENETIAN BLIND MANUFACTURI | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. MUTUAL FUND PRUDENTIAL INSURANCE 1/2 INTEREST | 9,500.00 | 9,500.00 | | 4,930.33 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.14 | Unknown |

TOTALS (Excluding Unknown Values)     $202,300.00     $116,188.00     $130,431.47     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-FR filed 6/17/10 w/ USTR

-SOLD RE

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-07613 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BIGGERS III, BRYAN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208560  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4868 | | | |
| For Period Ending: | 06/29/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | 8 | PRUDENTIAL | INVESTMENT ACCT LIQUIDATION | 1121-000 | 4,930.33 | | 4,930.33 |
| 01/29/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 4,930.39 |
| 02/26/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,930.50 |
| 03/08/10 | | GREATER ILLINOIS TITLE COMPANY | RCPTS - LIQUID. OF REAL PROPERTY | | 1,999.00 | | 6,929.50 |
| | 1 | GREATER ILLINOIS TITLE COMPANY | Memo Amount:      125,500.00  SALE OF RE | 1110-000 | | | |
| | | BIGGERS | Memo Amount:    (  10,000.00 )  HOLD BACK | 8100-002 | | | |
| | | GREAT LAKES BANK | Memo Amount:    (  98,350.55 )  MORTGAGE PAYOFF | 4210-000 | | | |
| | | TAXES | Memo Amount:    (  4,442.30 )  TAXES | 2820-000 | | | |
| | | REALTY EXECUTIVES ELITE | Memo Amount:    (  5,020.00 )  COMMISSION | 3991-000 | | | |
| | | OTHER CLOSING COSTS | Memo Amount:    (  5,688.15 )  OTHER CLOSING COSTS | 2500-000 | | | |
| 03/15/10 | | GREATER ILLINOIS TITLE COMPANY | RCPTS - LIQUID. OF REAL PROPERTY | 8100-002 | | -10,000.00 | 16,929.50 |
| 03/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 16,929.78 |
| 04/14/10 | | Transfer to Acct #4429208670 | Bank Funds Transfer | 9999-000 | | 4,000.00 | 12,929.78 |
| 04/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 12,930.14 |
| 05/28/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 12,930.47 |

Page Subtotals                                6,930.47        -6,000.00

Ver: 15.09

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-07613 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BIGGERS III, BRYAN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208560  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4868 | | |
| For Period Ending: | 06/29/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 125,500.00 | COLUMN TOTALS | | 6,930.47 | -6,000.00 | 12,930.47 |
| | | Memo Allocation Disbursements: 123,501.00 | Less: Bank Transfers/CD's | | 0.00 | 4,000.00 | |
| | | | Subtotal | | 6,930.47 | -10,000.00 | |
| | | Memo Allocation Net: 1,999.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,930.47 | -10,000.00 | |

Page Subtotals          0.00          0.00

Ver: 15.09

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 09-07613 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BIGGERS III, BRYAN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208670  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4868 | | | |
| For Period Ending: | 06/29/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/10 | | Transfer from Acct #4429208560 | Bank Funds Transfer | 9999-000 | 4,000.00 | | 4,000.00 |
| 04/14/10 | 001001 | Bryan Biggers<br>c/o Martin Y. Joseph, Esq.<br>1541 W. Chicago Ave.<br>Chicago, IL 60622 | Settlement | 8100-002 | | 4,000.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 4,000.00 | 0.00 | |
| | | Subtotal | 0.00 | 4,000.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 4,000.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 125,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 123,501.00 | Money Market - Interest Bearing - 4429208560 | 6,930.47 | -10,000.00 | 12,930.47 |
| | | Checking Account (Non-Interest Earn - 4429208670 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 1,999.00 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 6,930.47 | -10,000.00 | 12,930.47 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        4,000.00        4,000.00

Ver: 15.09

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 6)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-07613 | | Page 1 | | Date: June 29, 2010 |
| Debtor Name: | BIGGERS III, BRYAN | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $9,571.57 | $9,571.57 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $25,943.00 | $25,943.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $0.00 | $61.47 | $61.47 |
| 001<br>3410-00 | POPOWCER KATTEN, LTD.<br>35 E. WACKER DRIVE, SUITE 1550<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $860.00 | $860.00 |
| 000005B<br>5700-00 | Craig B. Hammond Ltd<br>77 W. Washington Suite 1805<br>Chicago, IL. 60602 | Priority | Filed 06/29/09 | $0.00 | $10,000.00 | $10,000.00 |
| 000001<br>070<br>7100-00 | Bryan B. Biggers Jr. and Evelyn Biggers<br>907 S. Main Street<br>Newton, MS. 39345 | Unsecured | Filed 05/01/09 | $0.00 | $25,000.00 | $25,000.00 |
| 000002<br>070<br>7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Filed 05/15/09 | $0.00 | $11,824.42 | $11,824.42 |
| 000003<br>070<br>7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | Filed 06/05/09 | $0.00 | $11,128.40 | $11,128.40 |
| 000004<br>070<br>7100-00 | Infibank-One Card<br>Cardmember Services<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Unsecured | Filed 07/01/09<br>(4-1) XXXX-XXXX-XXXX-5943 BIGGERS, BRYAN | $0.00 | $15,746.77 | $15,746.77 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-07613 | | Page 2 | | | Date: June 29, 2010 |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor Name: | BIGGERS III, BRYAN | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| --- | --- | --- | --- | --- | --- | --- |
| 000005A 070 7100-00 | Craig B. Hammond Ltd 77 W. Washington Suite 1805 Chicago, IL. 60602 | Unsecured | Filed 06/29/09 | $0.00 | $7,899.30 | $7,899.30 |
| | Case Totals: | | | $0.00 | $118,034.93 | $118,034.93 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-07613
Case Name: BIGGERS III, BRYAN
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: POPOWCER KATTEN, LTD. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000005B* | *Craig B. Hammond Ltd* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Bryan B. Biggers Jr. and Evelyn Biggers* | $ | $ |
| *000002* | *CHASE BANK USA* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003* | *CHASE BANK USA* | $ | $ |
| *000004* | *Infibank-One Card* | $ | $ |
| *000005A* | *Craig B. Hammond Ltd* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .