# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: § 
 § 
BIGGERS III, BRYAN § Case No. 09-07613
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/29/2010 in Courtroom 644,

> United States Courthouse
> 219 S. Dearborn
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/29/2010      By: /s/ Andrew J. Maxwell
                                  Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                            §
                                  §
BIGGERS III, BRYAN                §    Case No. 09-07613
                                  §
         Debtor(s)                §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 130,431.47 |
| *and approved disbursements of* | $ | 117,501.00 |
| *leaving a balance on hand of*[1] | $ | 12,930.47 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
_____         $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 3,396.77 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 9,206.69 | $ 21.81 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $ 305.20 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000005B* | *Craig B. Hammond Ltd* | $ 10,000.00 | $ 0.00 |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,598.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Bryan B. Biggers Jr. and Evelyn Biggers* | $ 25,000.00 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | CHASE BANK USA | $ 11,824.42 | $ 0.00 |
| 000003 | CHASE BANK USA | $ 11,128.40 | $ 0.00 |
| 000004 | Infibank-One Card | $ 15,746.77 | $ 0.00 |
| 000005A | Craig B. Hammond Ltd | $ 7,899.30 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vwalker               Page 1 of 1                  Date Rcvd: Jul 01, 2010
Case: 09-07613                Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on Jul 03, 2010.
db           +Bryan Biggers III,    12708 S Western Avenue,     Blue Island, IL 60406-2116
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +Martin Y Joseph,    1541 W Chicago Ave,    Chicago, IL 60642-6153
aty          +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
13612966     +Arthur H. Katz M.D.,    701 Superior,    Munster, IN 46321-4037
13612967     +Bryan B. Biggers Jr. and Evelyn Biggers,     907 S. Main Street,    Newton, MS 39345-2913
13923640     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13612968      Cabela's Club Visa,    P.O. 82575,    Lincoln, NE. 68501-2575
13612969      Chase Cardmember Service,     P.O. Box 15132,    Wilmington, DE. 19886-5153
13612970      Chase Crdholders Service,     P.O. Box 15298,    Wilmington, DE. 19850-5298
14086524     +Craig B. Hammond Ltd,     77 W. Washington Suite 1805,     Chicago, IL 60602-3178
13612971     +Craig Hammond LTD.,    77 W. Washington Suite 1805,     Chicago, IL 60602-3178
13612972     +Great Lakes Bank,    13057 S. Western,    Blue Island, IL 60406-2418
13612973     +Great Lakes Bank,    13057 S. Western Ave.,    Blue Island, IL 60406-2418
14118820     +Infibank-One Card,    Cardmember Services,    1620 Dodge St., Stop Code 3105,
               Omaha, NE 68197-0003
13612975      One Card,    P.O. Box 3331,    Omaha, Nebraska 68103-0331
13612976     +Pronger Smith Medical Care,     2320 W. High Street,    Blue Island, IL 60406-2492

The following entities were noticed by electronic transmission on Jul 01, 2010.
13612974     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 02 2010 02:18:17      Kohl's Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**         **Signature:** *Joseph Speetjens*