UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BIGGERS III, BRYAN § Case No. 09-07613
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HOLD BACK |  |  |  |
| GREATER ILLINOIS TITLE COMPANY |  |  |  |
| Bryan Biggers |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Great Lakes Bank 13057 S. Western Ave. Blue Island, IL. 60406 | | | | | |
| Great Lakes Bank 13057 S. Western Blue Island, IL. 60406 | | | | | |
| GREAT LAKES BANK | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| OTHER CLOSING COSTS | | | | | |
| TAXES | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| REALTY EXECUTIVES ELITE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRAIG B. HAMMOND LTD | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arthur H. Katz M.D. 701 Superior Munster, IN. 46321 | | | | | |
| Cabela's Club Visa P.O. 82575 Lincoln, NE. 68501-2575 | | | | | |
| Kohl's Payment Center P.O. Box 2983 Milwaukee, WI. 53201 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pronger Smith Medical Care 2320 W. High Street Blue Island, IL. 60406 | | | | | |
| BRYAN B. BIGGERS JR. AND EVELYN BIG | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA | | | | | |
| CRAIG B. HAMMOND LTD | | | | | |
| INFIBANK-ONE CARD | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-07613 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BIGGERS III, BRYAN | Date Filed (f) or Converted (c): | 03/06/09 (f) |
| | | 341(a) Meeting Date: | 04/08/09 |
| For Period Ending: | 09/22/10 | Claims Bar Date: | 07/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME | 185,000.00 | 98,888.00 | | 125,500.00 | 0.00 |
| 2. CASH | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT FIRST MIDWEST BANK | 900.00 | 900.00 | DA | 0.00 | 0.00 |
| 4. FURNITURE TV SET STEREO | 500.00 | 500.00 | DA | 0.00 | 0.00 |
| 5. NECESSARY WEARING APPARAL | 300.00 | 300.00 | | 0.00 | 0.00 |
| 6. IRA WITH SMITH BARNEY | 6,000.00 | 6,000.00 | | 0.00 | 0.00 |
| 7. 20% INTEREST IN BEVERLY VENETIAN BLIND MANUFACTURI | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. MUTUAL FUND PRUDENTIAL INSURANCE 1/2 INTEREST | 9,500.00 | 9,500.00 | | 4,930.33 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.77 | Unknown |

TOTALS (Excluding Unknown Values)    $202,300.00    $116,188.00    $130,432.10

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-FR filed 6/17/10 w/ USTR w/ clerk 6/30/10

-SOLD RE

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/10

LFORM1    Ver: 15.20

**UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-07613 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | BIGGERS III, BRYAN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208560 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4868 | | |
| For Period Ending: | 09/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | 8 | PRUDENTIAL | INVESTMENT ACCT LIQUIDATION | 1121-000 | 4,930.33 | | 4,930.33 |
| 01/29/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 4,930.39 |
| 02/26/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,930.50 |
| 03/08/10 | | GREATER ILLINOIS TITLE COMPANY | RCPTS - LIQUID. OF REAL PROPERTY | | 1,999.00 | | 6,929.50 |
| | 1 | GREATER ILLINOIS TITLE COMPANY | Memo Amount: 125,500.00 SALE OF RE | 1110-000 | | | |
| | | BIGGERS | Memo Amount: ( 10,000.00 ) HOLD BACK | 8100-002 | | | |
| | | GREAT LAKES BANK | Memo Amount: ( 98,350.55 ) MORTGAGE PAYOFF | 4210-000 | | | |
| | | TAXES | Memo Amount: ( 4,442.30 ) TAXES | 2820-000 | | | |
| | | REALTY EXECUTIVES ELITE | Memo Amount: ( 5,020.00 ) COMMISSION | 3991-000 | | | |
| | | OTHER CLOSING COSTS | Memo Amount: ( 5,688.15 ) OTHER CLOSING COSTS | 2500-000 | | | |
| 03/15/10 | | GREATER ILLINOIS TITLE COMPANY | RCPTS - LIQUID. OF REAL PROPERTY | 8100-002 | | -10,000.00 | 16,929.50 |
| 03/31/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 16,929.78 |
| 04/14/10 | | Transfer to Acct #4429208670 | Bank Funds Transfer | 9999-000 | | 4,000.00 | 12,929.78 |
| 04/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 12,930.14 |
| 05/28/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 12,930.47 |
| 06/30/10 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,930.79 |
| 07/30/10 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 12,931.10 |
| 07/30/10 | | Transfer to Acct #4429208670 | Final Posting Transfer | 9999-000 | | 12,931.10 | 0.00 |

Page Subtotals  6,931.10  6,931.10

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-07613 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BIGGERS III, BRYAN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208560  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4868 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 125,500.00 | COLUMN TOTALS | | 6,931.10 | 6,931.10 | 0.00 |
| | Memo Allocation Disbursements: | 123,501.00 | Less: Bank Transfers/CD's | | 0.00 | 16,931.10 | |
| | | | Subtotal | | 6,931.10 | -10,000.00 | |
| | Memo Allocation Net: | 1,999.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,931.10 | -10,000.00 | |

Page Subtotals          0.00          0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-07613 -PSH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BIGGERS III, BRYAN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 4429208670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4868 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/10 | | Transfer from Acct #4429208560 | Bank Funds Transfer | 9999-000 | 4,000.00 | | 4,000.00 |
| 04/14/10 | 001001 | Bryan Biggers c/o Martin Y. Joseph, Esq. 1541 W. Chicago Ave. Chicago, IL 60622 | Settlement | 8100-002 | | 4,000.00 | 0.00 |
| 07/30/10 | | Transfer from Acct #4429208560 | Transfer In From MMA Account | 9999-000 | 12,931.10 | | 12,931.10 |
| 07/30/10 | 001002 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | Full and Final Distribution (Claim#) | 2100-000 | | 3,396.94 | 9,534.16 |
| 07/30/10 | 001003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3110-000 | | 9,207.13 | 327.03 |
| 07/30/10 | 001004 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Full and Final Distribution (Claim#) | 3120-000 | | 21.82 | 305.21 |
| 07/30/10 | 001005 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | Full and Final Distribution (Claim#) | 3410-000 | | 305.21 | 0.00 |

Page Subtotals 16,931.10 16,931.10

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-07613 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | BIGGERS III, BRYAN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4868 | | |
| For Period Ending: | 09/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 16,931.10 | 16,931.10 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 16,931.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 16,931.10 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 4,000.00 | |
| | | | Net | | 0.00 | 12,931.10 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 125,500.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 123,501.00 | Money Market - Interest Bearing - 4429208560 | | 6,931.10 | -10,000.00 | 0.00 |
| | | | Checking Account (Non-Interest Earn - 4429208670 | | 0.00 | 12,931.10 | 0.00 |
| | | | | | ------------------ | ------------------ | ------------------ |
| | Total Memo Allocation Net: | 1,999.00 | | | 6,931.10 | 2,931.10 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*